IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO BRAZILE,

    Petitioner,               No. CIV S-09-0203 GGH P

  vs.

KATHY MENDOZA-POWERS,

    Respondent.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  Petitioner, convicted in Los Angeles County Superior Court and serving a 16-year-to-life sentence, is currently incarcerated at Avenal State Prison.[2]

        Petitioner challenges a parole denial at a subsequent parole consideration hearing in 2006. Avenal State Prison is located in Kings County which is part of the Fresno Division of

---

[1] Petitioner does not appear either to have filed an in forma pauperis application or to have paid the filing fee.

[2] The respondent in this action is "the state officer having custody of" petitioner. Stanley v. Cal. Supreme Court, 21 F.3d 359, 360 (9th Cir.1994); Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992) ("A custodian 'is the person having a day-to-day control over the prisoner. That person is the only one who can produce 'the body' of the petitioner.")

1

the United States District Court for the Eastern District of California.  See Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not issued any order with regard to the filing of an in forma pauperis application or payment of the filing fee;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: February 3, 2009

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
braz0203.109